FILED

04/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0060

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0060

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

ROBERT AYRES DASILVA JR.,

    Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 11, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 11 2022